No. 94–776. GILLETTE CO. *v.* MICHIGAN DEPARTMENT OF TREASURY. Ct. App. Mich. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–689. DUNCAN ENERGY CO. ET AL. *v.* THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION ET AL. C. A. 8th Cir. Motion of Rocky Mountain Oil & Gas Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–766. DUFFY ET AL. *v.* WETZLER, INDIVIDUALLY AND AS COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of National Association of Retired Federal Employees et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–810. ROY B. TAYLOR SALES, INC. *v.* HOLLYMATIC CORP. C. A. 5th Cir. Motion of Independent Distributors Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–833. ASARCO INC. *v.* LOUISIANA-PACIFIC CORP. ET AL. C. A. 9th Cir. Motions of American Petroleum Institute et al. and Alaska Miners Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–843. RIDGEWAY ET AL. *v.* PFIZER, INC., ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–865. RUTGERSWERKE AG *v.* BETTIS ET AL. C. A. 6th Cir. Motion of Federal Republic of Germany for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–9007. MOSS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 831;
No. 93–9344. BANNISTER *v.* ARMONTROUT, ASSISTANT DIRECTOR/ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS, ET AL., *ante,* p. 960;

No. 93–9707.  CAIN *v.* VICKERS ET AL., *ante,* p. 861;

No. 94–508.  OPTIMAL DATA CORP. *v.* UNITED STATES, *ante,* p. 1000;

No. 94–524.  LEE *v.* STATE BAR OF CALIFORNIA, *ante,* p. 965;

No. 94–535.  ZISK ET AL. *v.* PLACER COUNTY SUPERIOR COURT (WALKER, REAL PARTY IN INTEREST), *ante,* p. 983;

No. 94–5032.  WHITEHEAD *v.* GREER ET AL., *ante,* p. 966;

No. 94–5207.  DE LA FE *v.* UNITED STATES, *ante,* p. 989;

No. 94–5354.  OVERLY *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, *ante,* p. 966;

No. 94–5610.  PORTER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 1009;

No. 94–5626.  JOHNSON *v.* DUTTON, WARDEN, ET AL., *ante,* p. 935;

No. 94–5756.  MATA *v.* RICKETTS ET AL., *ante,* p. 968;

No. 94–5814.  DOKES *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante,* p. 968;

No. 94–5822.  MOON *v.* ZANT, WARDEN, *ante,* p. 968;

No. 94–5859.  GILES *v.* SNOW ET AL., *ante,* p. 969;

No. 94–5892.  MCFADDEN *v.* SEARS, ROEBUCK & CO. ET AL., *ante,* p. 970;

No. 94–5907.  JONES *v.* NORTH CAROLINA, *ante,* p. 1003;

No. 94–5954.  SHORTER *v.* SMITH, WARDEN, ET AL., *ante,* p. 953;

No. 94–5956.  KERPAN ET UX. *v.* DAVIS, *ante,* p. 971;

No. 94–5963.  GOMEZ *v.* BRUN APARTMENTS, *ante,* p. 972;

No. 94–6010.  MARCH *v.* RUNYON, POSTMASTER GENERAL, ET AL., *ante,* p. 973;

No. 94–6033.  REBAR *v.* MARSH, SECRETARY OF THE ARMY, ET AL., *ante,* p. 974;

No. 94–6065.  AZAR *v.* HEALTH ALLIANCE PLAN, *ante,* p. 974;

No. 94–6167.  RIMELL *v.* UNITED STATES, *ante,* p. 976;

No. 94–6341.  IN RE SEAGRAVE, *ante,* p. 985;

No. 94–6360.  LAZOR *v.* SPERRY RAND CORP., UNIVAC DIVISION (NKA UNISYS CORP.), *ante,* p. 1006;

No. 94–6417.  MCAFEE *v.* TEXAS, *ante,* p. 1026;

No. 94–6442.  RANDALL *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF VOLUSIA COUNTY ET AL., *ante,* p. 1026;

No. 94–6459.  BRASLAVSKY *v.* BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS, *ante,* p. 1008;

No. 94–6493.  DUBYAK *v.* SMITH, WARDEN, *ante,* p. 1026; and

No. 94–6530.  PFEIFFER *v.* ARIZONA ET AL., *ante,* p. 1027.  Petitions for rehearing denied.

No. 93–1782.  SWEENEY, INDIVIDUALLY AND AS TRUSTEE OF THE MAPLE LEAF TRUST AND OF THE CANADIAN REALTY TRUST, ET AL. *v.* RESOLUTION TRUST CORPORATION ET AL., *ante,* p. 914.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–9353.  SMITH *v.* DIXON, WARDEN, *ante,* p. 841; and

No. 94–5692.  GILMORE *v.* LOCAL 295, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL., *ante,* p. 936.  Motions for leave to file petitions for rehearing denied.

No. 94–459.  BISHOP *v.* GEORGIA STATE BAR, *ante,* p. 987.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 94–6158.  DEMPSEY *v.* TURNER BROADCASTING SYSTEM ET AL., *ante,* p. 1004.  Motion of petitioner to defer consideration of petition for rehearing denied.  Petition for rehearing denied.

No. 94–5895 (A–489).  ZIMMERMAN *v.* TEXAS, *ante,* p. 1021.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for rehearing denied.

### JANUARY 11, 1995

*Dismissal Under Rule 46*

No. 94–100.  FAULKNER *v.* UNITED STATES, *ante,* p. 870.  Petition for rehearing dismissed under this Court's Rule 46.

No. A–510 (94–7612).  POLLARD *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, granted pending the